UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 22-81450-CV-MIDDLEBROOKS

ARTHUR HERNANDEZ,

    Plaintiff,

v.

COUNTER BRANDS, LLC,

    Defendant.
_____/

### ORDER CLOSING CASE

THIS CAUSE comes before the Court on Parties' Stipulation for Dismissal with Prejudice as to Plaintiff's claims and without prejudice as to the claims of the putative class, filed jointly on December 22, 2022. (DE 17). The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no Order of the Court is required to dismiss this action. Accordingly, it is **ORDERED AND ADJUDGED**:

1. This case is **DISMISSED WITH PREJUDICE** as to Plaintiff's Claims and **DISMISSED WITHOUT PREJUDICE** as to the claims of the putative class.

2. The Clerk of Court shall **CLOSE THIS CASE.**

3. All pending motions are **DENIED AS MOOT.**

4. Each of the parties shall bear its own attorneys' fees and costs.

**SIGNED** in Chambers, at West Palm Beach, Florida, this 27th day of December, 2022.

Donald M. Middlebrooks
United States District Judge